# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL PIXELS LIMITED,**
*Appellant*

**v.**

**SONY INTERACTIVE ENTERTAINMENT LLC,**
*Appellee*

---

2024-2174

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00237.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

July 10, 2026
Date

Jarrett B. Perlow
Clerk of Court